HANNAH JEPPI *v.* LAWRENCE H. JEPPI

LAWRENCE H. JEPPI *v.* HANNAH JEPPI

[Nos. 13 and 14, January Term, 1941.]

*Decided February 19th, 1941.*

The cause was argued before PARKE, SLOAN, MITCHELL, JOHNSON, and DELAPLAINE, JJ.

*Michael J. Manley* for Hanna Jeppi.

*Charles E. Moylan* and *Franklin P. Barrett* for Lawrence H. Jeppi.

JOHNSON, J., delivered the opinion of the Court.

DELAPLAINE, J., dissents in No. 14 and concurs in No. 13.